168 So.2d 823

**STATE of Louisiana**

v.

**James MATTHEWS.**

No. 47555.

Dec. 1, 1964.

In re: James Matthews applying for writs of certiorari, mandamus and prohibition and for a stay of execution.

Application not considered. The application was not filed within the time fixed by the order of the lower court and no extension was granted